IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ARVEST BANK                                                         PLAINTIFF

v.                                    No. 4:26-cv-608-DPM

MTR AUTO GROUP, LLC;  MITCHELL
T. ROBERTS;  and SUSANTI ROBERTS                    DEFENDANTS

## ORDER

*Pro hac vice* motion, *Doc. 7*, granted.  Unopposed motion for extension, *Doc. 8*, granted.  Answer or Rule 12(b) motion due by 8 July 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 June 2026